IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARRY ANTHONY VANN,

                        Petitioner,                                                ORDER

            v.                                                                      09-cv-7-bbc

MIKE VANDENBROOK,
STEVE HELGERSON,
OFFICER JAMES,
DYLON RADTKE,
OFFICER KROCKER,
OFFICER WALKER,
OFFICER BITTELMAN,
OFFICER KOTTKA,
OFFICER SAINSBURY and
OFFICER JOHN DOE 1,

                        Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Petitioner Barry Anthony Vann, a prisoner at the Columbia Correctional Institution

in Portage, Wisconsin, has submitted a proposed complaint.  He asks for leave to proceed

in forma pauperis.  Because petitioner is a prisoner, he is subject to the 1996 Prisoner

Litigation Reform Act.  This means that before this court may decide whether he can

proceed with his complaint in forma pauperis, petitioner will have to make an initial partial

payment of the filing fee.  Based on the trust fund account statement petitioner has

submitted, I calculate his initial partial payment to be $29.52. Also, he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. If petitioner does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that petitioner is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount petitioner must pay at this time is the $29.52 initial partial payment. Before prison officials take any portion of that amount from petitioner's release account, they may first take from petitioner's regular account whatever amount up to the full amount petitioner owes. Petitioner should show a copy of this order to prison officials to insure that they are aware they should send petitioner's initial partial payment to this court.

ORDER

IT IS ORDERED that petitioner is assessed $29.52 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $29.52 on or before January 28, 2009. If, by January 28, 2009, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court

is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 7th day of January, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge