IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARRY ANTHONY VANN,

                                                     MEMORANDUM

                 Plaintiff,

                                          09-cv-007-bbc

      v.

MIKE VANDENBROOK,
R.N. STEVE HELGERSON,
and OFFICER BITTELMAN,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On May 29, 2009, I screened plaintiff's amended complaint and allowed him to proceed on his Eighth Amendment claim of deliberate indifference against defendant Bittleman, who was previously a John Doe defendant. Now it has come to my attention that I did not order that defendant Bittleman be served with plaintiff's amended complaint. Accordingly, pursuant to an informal service agreement between the Attorney General and this court, copies of plaintiff's amended complaint and the May 29 order are being sent

today to the Attorney General for service on defendant Bittleman.

Entered this 1st day of June, 2009.

BY THE COURT:

/s/

_____

BARBARA B. CRABB
District Judge