IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARRY ANTHONY VANN,

                                                ORDER

              Plaintiff,

                                         09-cv-007-bbc

    v.

MIKE VANDENBROOK,
STEVE HELGERSON and
TRAVIS BITTELMAN,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this civil action for monetary relief brought pursuant to 42 U.S.C. § 1983, plaintiff Barry Anthony Vann, an inmate at the Columbia Correctional Institution in Portage, Wisconsin, contends that defendants Mike Vandenbrook, Steve Helgerson and Travis Bittelman violated his rights under the Eighth Amendment. A trial is scheduled for April 12, 2010. Plaintiff has filed an unopposed motion to be allowed to wear street clothes during the trial. Dkt. #84, ¶ 10. I will grant this motion. Also, in light of the fact that trial begins on Monday, April 12, 2010, and plaintiff does not have the benefit of electronic notification of court orders, I request that defendants' counsel convey the contents of this order to the Columbia Correctional Institution with instructions that plaintiff be alerted that he is

1

allowed to wear street clothes during the trial.

Plaintiff must arrange with his family members or friends to have his street clothing delivered to the office of the United States Marshal, 120 N. Henry Street, Madison, WI 53703, by 8:00 a.m., April 12, 2010. Alternatively, he could ask the Columbia Correctional Institution officials to transfer his clothing to the marshal when they bring him to the courthouse for trial. Whether they would agree to do this is a matter within their discretion.

Accordingly, IT IS ORDERED that plaintiff Barry Anthony Vann's request to appear in street clothes during trial is GRANTED, subject to his making arrangements for the clothes to be delivered to the marshal's office.

Entered this 8th day of April, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge