# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 4/12/2010  DAY: Monday  START TIME: 8:45  TOTAL HOURS: 5' 40"
JUDGE/MAG.: Crabb  CLERK: ES  REPORTER: CS/LS
PROBATION OFFICER: ___  INTERPRETER: ___  SWORN: YES ☐  NO ☐
CASE NUMBER: 09-cv-7-bbc  CASE NAME: Barry Vann v. Mike Vandenbrook

**APPEARANCES:**
PLAINTIFF(S): Barry Vann
DEFENDANT(S): Frank Sullivan, Mike Vandenbrook, Travis Bittelman, Steve Helgerson

PROCEEDINGS: FPTC; discussion of restraints, Radtke called as witness, 2 day trial predicted, trial not bifurcated motions in limine ruled on; 8 jurors empaneled; pltf's opening statement; pltf's case; pltf. rests; rule 50 motion made by all defts., granted as to Vandenbrook and Helgerson - these defts. dismissed; deft's opening statement; deft. rests; instruction conf.; closings; post trial instructions; verdict returned in favor of deft.

**PLAINTIFF(S) WITNESS**
1. Joseph Hazen
2. Barry Vann
3. Ronald Wagner
4. Jonathan Rausch
5. Mike Vandenbrook
6. Steve Helgerson
7. Travis Bittelman

**DEFENDANT(S) WITNESS**
1. Dylon Radtke (during FPTC)
2. Dylon Radtke (during trial)

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. ___ GRANTED ☐ DENIED ☐ U/A ☐
2. ___ GRANTED ☐ DENIED ☐ U/A ☐
3. ___ GRANTED ☐ DENIED ☐ U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. Rule 50 motion - granted as to 2 defts.  GRANTED ☒ DENIED ☐ U/A ☐
2. ___ GRANTED ☐ DENIED ☐ U/A ☐
3. ___ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK: 10:15  RESUME: 10:30  2ND BREAK: 12:00  RESUME: 1:05
3RD BREAK: 2:20  RESUME: 2:30  4TH BREAK: 3:50  RESUME: 4:15
ADJOURNMENT: 4:20