IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARRY ANTHONY VANN,

    Plaintiff,

v.

MIKE VANDENBROOK, STEVE HELGERSON, TRAVIS BITTELMAN, OFFICER JAMES, DYLON RADTKE, OFFICER KROCKER, OFFICER WALKER, OFFICER KOTTKA and OFFICER SAINSBURY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-007-bbc

---

    This action came for consideration before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Mike Vandenbrook, Steve Helgerson, Travis Bittelman, Officer James, Dylon Radtke, Officer Krocker, Officer Walker, Officer Kottka and Officer Sainsbury dismissing this case.

Approved as to form this 13th day of April, 2010.

*Barbara B. Crabb*
BARBARA B. CRABB
DISTRICT JUDGE

*Peter Oppeneer*                               4/14/10
Peter Oppeneer, Clerk of Court                 Date